IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL JACOBSON, | ) | 4:06CV3166 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JON BRUNING, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for new trial (filing 19) is denied in all respects.

May 25, 2007.　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　United States District Judge